14 So.2d 914

**Rufus PARHAM v. STATE.**

6 Div. 974.

Court of Appeals of Alabama.
May 25, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

---

11 So.2d 882

**Dallas PARKER v. STATE.**

7 Div. 730.

Court of Appeals of Alabama.
Jan. 19, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

---

15 So.2d 925

**Willie B. PARKER v. STATE.**

4 Div. 781.

Court of Appeals of Alabama.
Nov. 9, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

---

20 So.2d 896

**Lester PATE v. STATE.**

6 Div. 160.

Court of Appeals of Alabama.
Dec. 19, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

---

13 So.2d 900

**Bud PATTILLO v. STATE**

5 Div. 182.

Court of Appeals of Alabama.
April 20, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

---

13 So.2d 900

**Frank PETERS v. STATE.**

5 Div. 186.

Court of Appeals of Alabama.
April 20, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.